## FOURTH DEPARTMENT, JULY TERM, 1886.

41 640
20ap 74
20apl23
115a 122

Angeline Stanley, Respondent, v. National Union Bank and others, Appellants. — Judgment and order affirmed, with costs, Opinion by Hardin, P. J.

Cyrus D. Hibbard, Appellant, v. Chauncey Ramsdell and others, Respondents. — Judgment and order affirmed, with costs. Opinion by Boardman, J.; Follett, J., not sitting.

John Mullin, Respondent, v. Belle Van Dyke, Appellant. — Judgment of the County Court of Oneida county affirmed, with costs. Opinion by Hardin, P. J.

The People of the State of New York ex rel. Edward B. Buckley, as Supervisor, etc., Respondent, v. Jacob O Davis, Appellant. — Judgment of the Court of Sessions of Jefferson county reversed, with costs (Code Crim. Pro., § 873), and the defendant discharged and his bail exonerated. (Code Crim. Pro., § 545.) Opinion by Follett, J.

Jacob Yager, Respondent, v. Benjamin F. Stanton, Appellant. — Judgment of the Onondaga County Court affirming a justice's judgment affirmed, with costs. Opinion by Hardin, P. J.

Mary A. Martin Thomas and others, Respondents, v. Helena Martin, Administratrix, etc., and others, Appellants. — Judgment affirmed, with costs against appellants. Opinion by Boardman, J.

John J. Rose and others, Plaintiffs, v. George A. Shults and others, Respondents. — Order of Special Term affirmed, without costs to either party, and the receiver directed to pay the attorney for the assignee $175, in full for his services and disbursements in the matter before the Special and General Terms. Opinion by Follett, J.

Henry A. Rindge, Respondent, v. Joshua Hamlin and another, Appellants. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.; Follett, J., not sitting.

George C. Ball, Appellant, v. Norman Davis, Respondent. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

William W. Montgomery, Appellant, v. David M. Devendorf, Respondent. — Judgment reversed and a new trial ordered before another referee, with costs to abide the event. Opinion by Follett, J.

Jessie A. Redfield, Appellant, v. Charles T. Redfield, Respondent. — Judgment affirmed, with costs. Opinions by Boardman and Follett, JJ.; Hardin, P. J., not voting.

Edward M. Klock, Respondent, v. Thomas T. Clark and another, Appellants. — Judgment of the County Court of Onondaga county reversing a justice's judgment reversed, and the judgment of the Justice's Court affirmed, with costs. Opinion by Follett, J.

The People of the State of New York, Respondent, v. Roxalana Druse, Appellant. — Conviction, order and judgment affirmed. Opinion by Hardin, P. J.

Mary A. Zeller, Appellant, v. Robert C. Hall and others, Executors, etc., Respondents. — Judgment affirmed, with costs. Opinion by Boardman, J.

Lawrence Geske, Respondent, v. Jabob Ackerman and another, Executors, etc., Appellants. — Judgment of the Onondaga County Court affirmed, with costs. Opinion by Follett, J.

Patrick Healy, Respondent, v. Cornelius J. Ryan and another, Appellants. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Edwin Sawyer, Respondent, v. Ransom B. Dean, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.

John P. Vidvard, Survivor, etc., Respondent, v. Amos K. Hedden and another, Appellants.

— Judgment affirmed, with costs. Opinion by Follett, J.

The McGowan Pump Company, Respondent, v. Joseph M. Low, Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

David H. Crane, Respondent, v. Martha McDonald, Appellant, Impleaded, etc — Judgment affirmed, with costs against appellant. Opinion by Boardman, J.

In the Matter of the Probate of the Last Will, etc., of Henry P. Eysaman, deceased. — The decree of the surrogate of Herkimer county affirmed, with costs of respondents payable out of the fund. — (Code, § 2569.) Opinions by Boardman, J., and Hardin, P. J.; dissenting opinion by Follett, J.

Rachael Russell, Appellant, v. Ephraim L. Holmes, Respondent. — Order affirmed, with ten dollars costs and disbursements, which are to be applied as payment on plaintiff's judgment. Opinion by Follett, J.

William P. Butler and another, Appellants, v. Elton Green and others and Amri Wright and another, Respondents. — Order affirmed, with ten dollars costs and disbursements against appellants. Opinion by Boardman, J.

Wallace Hewes, Appellant, v. Burnet Forbes and another, Respondents. — Judgment affirmed, with costs. Opinion by Follett, J.

Joab L. Clift, as Surviving Partner, etc., Respondent, v. Lucien Moses and others, Appellants. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Catharine J. De Land and another, Respondents, v. Henry Brooke, Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

Horace N. Hayes, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Mary A. Ferguson, Respondent, v. The Mutual Aid and Accident Association of Rochester, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.

Elvira J. Bennett, Respondent. v. Oliver Bennett, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Robert E. Lewis, Appellant, v. The Town of Trenton, Respondent, Impleaded, etc. — Judgment affirmed, with costs, and leave given to the plaintiff to amend his complaint upon payment of the costs of the appeal and of the demurrer. Opinion by Hardin, P. J.

Thompson Mayhew, Appellant, v. Wallace Howard, Respondent. — Judgment of the County Court of Jefferson county reversing a justice's judgment reversed, and the judgment of the justice affirmed, with costs. Opinion by Boardman, J.

The People of the State of New York, Respondent, v. Carrie Goodrich, Appellant. — Conviction, order and judgment affirmed. Opinion by Follett, J.

Maria Griffiths and others, Appellants, v. Robert W. Roberts and others, Respondents. — Judgment reversed and a new trial ordered before another referee, with costs to abide the event. Opinion by Hardin, P. J.

Eugene E. Fredenburg, Respondent, v. The Northern Central Railway Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Charles H. Southworth, Respondent, v. Meiggs Howd, Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

Zalmon Pool, Appellant, v. William Murphy, Respondent. — Judgment of the County Court of Jefferson county, reversing a justice's judgment, is reversed and the judgment of the Justices' Court affirmed, with costs. Opinion by Hardin, P. J.